Cora A. Foote, as Administratrix, etc., Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented.

Ella M. Adsit, Respondent, v. Franklin M. Adsit, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alfonso Adams, Respondent, v. City of Rochester, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lillian E. Stafford, Appellant, v. Brotherhood of Railroad Trainmen and Others, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Plaintiff, v. State Bank of Forestville, Defendant. In the Matter of the Final Accounting of Frank E. Smith, as Receiver, etc.— Decree affirmed, with costs. All concurred.

George W. Pearson, Respondent, v. Frances O'Hern, Appellant.— Judgment affirmed, with costs. All concurred.

Geneva National Bank, Respondent, v. The Frank Brewery, Appellant. — Judgment and order affirmed, with costs. All concurred.

Ernest L. Beebe, an Infant, etc., Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ernest L. Beebe, an Infant, etc., Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Order denying motion for new trial upon ground of newly-discovered evidence affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application for Voluntary Dissolution of the Chas. Hetzler's Sons, Inc., a Domestic Corporation. Charles P. Hetzler and Another, Appellants; John E. Hetzler and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Buffalo Board of Trade and Others, Respondents, v. Francis G. Ward, as Commissioner of Public Works of the City of Buffalo, New York, and Others, Appellants.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented upon the authority of *People ex rel. Adams Co.* v. *Woodbury* (88 App. Div. 443).

Louis Hagen, an Infant, etc., Plaintiff, v. The Crosby Company, Defendant.— Plaintiff's exceptions sustained and motion for new trial granted, with costs to the plaintiff to abide the event. Held, that upon the evidence a question of fact was presented both as to defendant's negligence and the absence of plaintiff's contributory negligence. All concurred.

Earl J. Davis and Another, Appellants, v. International Railway Company, Respondent.— Order affirmed, without costs and without prejudice to a renewal of the application in the event that the Court of Appeals shall set aside the stay. Held, that the associate judge of the Court of Appeals had authority to grant a stay. Whether the order was improvidently granted is a question which this court should not determine. All concurred.

John Kagelmacher, Respondent, v. International Railway Company and Another, Appellants.— Motion of defendant International Railway Company for leave to appeal to Court of Appeals denied, with ten dollars costs.